AcceptanceNOW
Attn: Bankruptcy
5501 Headquarters Dr
Plano, TX 75024-5837

Affirm, Inc.
Attn: Bankruptcy Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Chase Card Services
Attn: Bankruptcy P.O. 15298
Wilmington, DE 19850

Citi Card/Best Buy
Attn: Citicorp Cr Srvs Centralized
Bankruptcy
PO Box 790040
St Louis, MO 36179-0040

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

Continental Finance Co
Attn: Bankruptcy Attn: Bankruptcy
4550 Linden Hill Rd , Ste 4
Wilmington, DE 19808-2952

Cornerstone
Po Box 82561
Lincoln, NE 68501

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Delaware County Tax Claim Bureau
201 W Front St
Media, PA 19063-2708

Fingerhut
Attn: Bankruptcy 6250 Ridgewood Road
Saint Cloud, MN 56303

First Century Bank N
100 N. Main St
Mullica Hill, NJ 08062

First Century Bank N
100 N Main St
Mullica Hill, NJ 08062-9489

Fortiva
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

Freedom Financial Asset Management, LLC.
Attn: Bankruptcy Attn: Bankruptcy
1875 South Grant Street , Suite 400
San Mateo, CA 94402

Hyundai Motor Finance
Attn: Bankruptcy
PO Box 20829
Fountain Valley, CA 92728

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Emmette D. Kemokai


Mariner Finance, LLC
Attn: Bankruptcy 8211 Town Center Drive
Nottingham, MD 21236


Merrick Bank/CCHoldings
Attn: Bankruptcy
P.O. Box 9201
Old Bethpage, NY 11804-9001


Midland Mortgage Co
Attn: Customer Service/Bankruptcy
PO Box 26648
Oklahoma City, OK 73216-0648


Nelnet
Attn: Bankruptcy
121 S 13th St
Lincoln, NE 68508-1904


Nordstrom FSB
ATTN: Bankruptcy
PO Box 6555
Englewood, CO 80155-6555


Oliphant Usa
Attn: Bankruptcy Attn: Bankruptcy
1800 2nd St , Ste 603
Sarasota, FL 34236

One Main Financial
Attn: Bankruptcy
PO Box 3251
Evansville, IN 47731


Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001


Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001


Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210


Preferred Credit Inc
628 Roosevelt
St Cloud, MN 56301


Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Toyota Financial Services
Attn: Bankruptcy
PO Box 259001
Plano, TX 75025-9001


U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Upgrade, Inc.
Attn: Bankruptcy
2 N Central Ave Fl 10
Phoenix, AZ 85004-2322

Upper Darby School District
8201 Lansdowne Avenue
Upper Darby, PA 19082

Upper Darby Township
100 Garrett Rd
Upper Darby, PA 19082-3135

Velocity Investments, Llc
Attn: Bankruptcy Attn: Bankruptcy
1800 Route 34N , Suite 305
Wall, NJ 07719

Verizon Wireless
Attn: Bankruptcy Administration
500 Technology Dr Ste 550
Saint Charles, MO 63304-2225

Wells Fargo
Attn: Bankruptcy
420 Montgomery St
San Francisco, CA 94104-1207