# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: James Momoh Kemokai | Case No. 24-10277 |
| James Momoh Kemokai, | Chapter 13 |
| Debtor. | |

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Notice of Chapter 13 Bankruptcy on the following parties by first class mail or through the CM/ECF system:

Nelnet
Attn: Bankruptcy
121 S 13th St
Lincoln, NE 68508-1904

Date: April 8, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com