| Information to identify the case: | |
|---|---|
| Debtor 1 | James Momoh Kemokai |
| Debtor 2 | |
| United States Bankruptcy Court for the Eastern District of Pennsylvania | |
| Case Number | 24-10277-amc    Chapter 13 |

☒ Check if this is an amended filing

# Chapter 13 Application for Compensation and Reimbursement of Expenses

The Applicant below is filing this application with the court for payment of fees and expenses in association with this bankruptcy case.

## Part 1    Notice

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this Application, you or your attorney must file an objection to the Application on or before the Objection Deadline. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. Otherwise, you must file your objection at the Clerk's office at the U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

If you mail your objection to the Clerk, you must do so early enough that it will be received on or before the Objection Deadline. If you or your attorney do not take these steps, the court may decide that you do not oppose the application and may enter an order granting the Application without further notice or hearing.

Objection Deadline:    April 22, 2024

## Part 2    Applicant and Application Information

| | |
|---|---|
| Applicant: | Michael I. Assad (#330937) |
| Applicant Firm: | Cibik Law, P.C. (Associate) |
| Applicant's Email: | help@cibiklaw.com |
| Applicant's Phone: | 215-735-1060 |
| Applicant's Address: | 1500 Walnut Street, Suite 900 |
| | Philadelphia, PA 19102 |
| Applicant Type: | Attorney for Debtor |
| Application Period: | 01/01/2024 to 04/08/2024 |
| Basis of Application: | 11 U.S.C. § 330 |
| Application Type: | Interim and Final |
| Form 2030: | Filed at ECF No. 4 on 01/30/2024 |

## Part 3    Case Information

| | |
|---|---|
| Date Filed: | 01/30/2024 |
| U.S. Bankruptcy Judge: | Ashely M. Chan |
| Standing Trustee: | Kenneth E. West |
| Debtor's Median Income: | Above Average |

| Part 4 | Summary of Services Performed |
|---|---|

This is the first fee application in this case. The plan is expected to be confirmed within the next 45 days.

| Part 5 | Flat Fees Incurred |
|---|---|

By prior agreement with the Debtor, the Applicant requests payment of flat fees for each of the following services:

| Date | Description | Fee |
|---|---|---|
| 01/30/2024 | Bankruptcy Petition | $999.00 |
| 02/14/2024 | Schedules A-J and Statement of Financial Affairs | $1,749.00 |
| 02/14/2024 | Form 122C-1 | $729.00 |
| 02/14/2024 | Form 122C-2 | $1,149.00 |
| 02/14/2024 | Chapter 13 Plan | $499.00 |
| 02/14/2024 | Preparing for Meeting of Creditors | $749.00 |
| 04/08/2024 | Amended Chapter 13 Plan | $349.00 |
| | TOTAL | $6,223.00 |

| Part 6 | Hourly Fees Incurred |
|---|---|

The Applicant requests payment based on actual time expended for the following services:

| Date | Description | Fee |
|---|---|---|
|  | NONE |  |
| | TOTAL |  |

| Part 7 | Expenses |
|---|---|

The Applicant requests reimbursement for the following expenses:

| Date | Description | Fee |
|---|---|---|
| 01/10/2024 | Credit Counseling | $20.00 |
| 01/10/2024 | Credit Report | $38.00 |
| 01/30/2024 | Court Filing Fee | $313.00 |
| Various | Petty Expenses | $150.00 |
| | TOTAL | $ 521.00 |

| Part 8 | Summary of Fees and Expenses |
|---|---|

| Period | | Requested | | Allowed | | Paid | |
|---|---|---|---|---|---|---|---|
| Start | End | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| Pre-Petition | | | | | | $1,304.00 | $521.00 |
| This Application | | $6,223.00 | $521.00 | | | | |
| TOTALS | | $6,223.00 | $ 521.00 | $ 0.00 | $ 0.00 | $1,304.00 | $ 521.00 |

| Part 9 | Other Information |
|---|---|

If approved, the Debtor's confirmed or proposed chapter 13 plan is adequately funded to provide for payment of the compensation requested. The Applicant does not consent to the entry of a reduced award by the Court without notice and hearing.

| Part 10 | Due Process |
|---|---|

On or before the date this Application was filed with the Court, the Applicant served this Application on the following parties by first class mail, postage prepaid:

| Name | Address |
|---|---|
| James Momoh Kemokai | 268 Hampden Rd<br>Upper Darby, PA 19082-4007 |

| Part 11 | Certification |
|---|---|

The Applicant certifies under penalty of perjury that the above is true and correct to the best of its knowledge, information, and belief.

_____                April 8, 2024
Signature of Applicant                   Date