| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| BLW | 120285 | 221146 | | 0000430693 | 1 |

# Earnings Statement



ELWYN OF PENNSYLVANIA AND DELAWARE
111 ELWYN ROAD
ELWYN PA. 19063
610-891-2104

Period Beginning: 10/09/2023
Period Ending: 10/22/2023
Pay Date: 10/27/2023

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0

JAMES M KEMOKAI
268 HAMPDEN ROAD
UPPER DARBY PA 19082

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.3200 | 80.00 | 1,305.60 | 22,655.59 |
| Overtime | 24.4800 | 43.57 | 1,066.59 | 13,005.97 |
| O T S/D | 0.3750 | 26.00 | 9.75 | 180.21 |
| Shift Diff | 0.2500 | 73.57 | 18.39 | 328.19 |
| Diff 1.50 | | | | 34.40 |
| Holiday | | | | 256.00 |
| Pto | | | | 6,576.00 |
| Worked Hol Ot | | | | 1,153.72 |
| **Gross Pay** | | | **$2,400.33** | 44,190.08 |

Your federal taxable wages this period are
$2,352.32

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Legal Holiday | 128.00 | |
| Pto Current | 28.27 | |
| Pto Legacy | 59.73 | |
| Totl Hrs Worked | 123.57 | |

Employee ID     10019478

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -197.05 | 3,334.64 |
| | Social Security Tax | -148.82 | 2,739.78 |
| | Medicare Tax | -34.81 | 640.76 |
| | PA State Income Tax | -73.69 | 1,356.66 |
| | Aston Twp Income Tax | -24.00 | 441.90 |
| | PA SUI Tax | -1.68 | 30.93 |
| **Other** | | | |
| | Lincoln 403 | -48.01* | 883.80 |
| | Pssu Pol Cntrb | -1.00 | 22.00 |
| | Union - Crs | -33.38 | 614.24 |
| **Net Pay** | | **$1,837.91** | |
| | Cking Direct De | -1,837.91 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages



ELWYN OF PENNSYLVANIA AND DELAWARE
111 ELWYN ROAD
ELWYN PA. 19063
610-891-2104

Advice number: 00000430693
Pay date: 10/27/2023

Deposited to the account of
JAMES M KEMOKAI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx8125 | xxxx xxxx | $1,837.91 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| ELW | 120255 | 221146 | | 0000450696 | 1 |

**Earnings Statement** 



ELWYN OF PENNSYLVANIA AND DELAWARE
111 ELWYN ROAD
ELWYN PA. 19063
610-891-2104

Period Beginning: 10/23/2023
Period Ending: 11/05/2023
Pay Date: 11/10/2023

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0

JAMES M KEMOKAI
268 HAMPDEN ROAD
UPPER DARBY PA 19082

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.3200 | 70.12 | 1,144.36 | 23,799.95 |
| Overtime | 24.4800 | 30.58 | 748.60 | 13,754.57 |
| O T S/D | 0.3750 | 21.00 | 7.88 | 188.09 |
| Pto | 16.3200 | 10.00 | 163.20 | 6,739.20 |
| Shift Diff | 0.2500 | 60.12 | 15.03 | 343.22 |
| Diff 1.50 | | | | 34.40 |
| Holiday | | | | 256.00 |
| Worked Hol Ot | | | | 1,153.72 |
| **Gross Pay** | | | **$2,079.07** | 46,269.15 |

Your federal taxable wages this period are $2,037.49

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Legal Holiday | 128.00 | |
| Pto Current | 25.33 | |
| Pto Legacy | 59.73 | |
| Totl Hrs Worked | 100.70 | |

Employee ID    10019478

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -159.27 | 3,493.91 |
| Social Security Tax | | -128.91 | 2,868.69 |
| Medicare Tax | | -30.14 | 670.90 |
| PA State Income Tax | | -63.83 | 1,420.49 |
| Aston Twp Income Tax | | -20.79 | 462.69 |
| PA SUI Tax | | -1.46 | 32.39 |
| **Other** | | | |
| Lincoln 403 | | -41.58* | 925.38 |
| Pssu Pol Cntrb | | -1.00 | 23.00 |
| Union - Crs | | -26.90 | 643.14 |
| **Net Pay** | | **$1,603.19** | |
| Cking Direct De | | -1,603.19 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

ELWYN OF PENNSYLVANIA AND DELAWARE
111 ELWYN ROAD
ELWYN PA. 19063
610-891-2104

Advice number: 00000450696
Pay date: 11/10/2023

Deposited to the account of
JAMES M KEMOKAI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx8125 | xxxx xxxx | $1,603.19 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| ELW | 120266 | 221146 | | 0000470704 | 1 |

**Earnings Statement** 



ELWYN OF PENNSYLVANIA AND DELAWARE
111 ELWYN ROAD
ELWYN PA. 19063
610-891-2104

Period Beginning: 11/06/2023
Period Ending: 11/19/2023
Pay Date: 11/24/2023

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0

JAMES M KEMOKAI
268 HAMPDEN ROAD
UPPER DARBY PA 19082

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.3200 | 80.00 | 1,305.60 | 25,105.55 |
| Overtime | 24.4800 | 43.28 | 1,059.49 | 14,814.06 |
| O T S/D | 0.3750 | 30.00 | 11.25 | 199.34 |
| Shift Diff | 0.2500 | 60.12 | 15.03 | 358.25 |
| Diff 1.50 | | | | 34.40 |
| Holiday | | | | 256.00 |
| Pto | | | | 6,739.20 |
| Worked Hol Ot | | | | 1,153.72 |
| **Gross Pay** | | | **$2,391.37** | 48,660.52 |

Your federal taxable wages this period are $2,343.54

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Legal Holiday | 128.00 | |
| Pto Current | 32.40 | |
| Pto Legacy | 59.73 | |
| Totl Hrs Worked | 123.28 | |
| Employee ID | | 10019478 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -196.00 | 3,689.91 |
| | Social Security Tax | -148.26 | 3,016.95 |
| | Medicare Tax | -34.68 | 705.58 |
| | PA State Income Tax | -73.42 | 1,493.91 |
| | Aston Twp Income Tax | -23.91 | 486.60 |
| | PA SUI Tax | -1.67 | 34.06 |
| | **Other** | | |
| | Lincoln 403 | -47.83* | 973.21 |
| | Pssu Pol Cntrb | -1.00 | 24.00 |
| | Union - Crs | -33.24 | 676.38 |
| | **Net Pay** | **$1,831.36** | |
| | Cking Direct De | -1,831.36 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, Inc.



ELWYN OF PENNSYLVANIA AND DELAWARE
111 ELWYN ROAD
ELWYN PA. 19063
610-891-2104

Advice number: 00000470704
Pay date: 11/24/2023

Deposited to the account of
JAMES M KEMOKAI

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxxx8125 | xxxx xxxx | $1,831.36 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| ELW | 120285 | 221140 | | 00000490695 | 1 |

## Earnings Statement 



ELWYN OF PENNSYLVANIA AND DELAWARE
111 ELWYN ROAD
ELWYN PA. 19063
610-891-2104

Period Beginning: 11/20/2023
Period Ending: 12/03/2023
Pay Date: 12/08/2023

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 0

JAMES M KEMOKAI
268 HAMPDEN ROAD
UPPER DARBY PA 19082

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.3200 | 64.00 | 1,044.48 | 26,150.03 |
| Overtime | 24.4800 | 58.08 | 1,421.80 | 16,235.86 |
| O T S/D | 0.3750 | 46.00 | 17.25 | 216.59 |
| Shift Diff | 0.2500 | 54.43 | 13.61 | 371.86 |
| Worked Hol Ot | 24.4800 | 16.00 | 391.68 | 1,545.40 |
| Diff 1.50 | | | | 34.40 |
| Holiday | | | | 256.00 |
| Pto | | | | 6,739.20 |
| **Gross Pay** | | | **$2,888.82** | 51,549.34 |

Your federal taxable wages this period are $2,831.04

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Legal Holiday | 128.00 | |
| Pto Current | 39.47 | |
| Pto Legacy | 59.73 | |
| Totl Hrs Worked | 138.08 | |

Employee ID    10019476

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -254.50 | 3,944.41 |
| Social Security Tax | -179.11 | 3,196.06 |
| Medicare Tax | -41.89 | 747.47 |
| PA State Income Tax | -86.69 | 1,582.60 |
| Aston Twp Income Tax | -28.89 | 515.49 |
| PA SUI Tax | -2.02 | 36.08 |

Other
| | | |
|---|---|---|
| Lincoln 403 | -57.78* | 1,030.99 |
| Pssu Pol Cntrb | -1.00 | 25.00 |
| Union - Crs | -40.15 | 716.53 |
| **Net Pay** | **$2,194.79** | |
| Cking Direct De | -2,194.79 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP Inc

ELWYN OF PENNSYLVANIA AND DELAWARE
111 ELWYN ROAD
ELWYN PA. 19063
610-891-2104

Advice number: 00000490695
Pay date: 12/08/2023

Deposited to the account of: JAMES M KEMOKAI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx8125 | xxxx xxxx | $2,194.79 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| MLW | 120265 | 221146 | | 0000510708 | 1 |

# Earnings Statement

**ADP**


Elwyn Est. 1852

ELWYN OF PENNSYLVANIA AND DELAWARE
111 ELWYN ROAD
ELWYN PA. 19063
610-891-2104

Period Beginning:  12/04/2023
Period Ending:     12/17/2023
Pay Date:          12/22/2023

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:     0

JAMES M KEMOKAI
268 HAMPDEN ROAD
UPPER DARBY PA 19082

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.3200 | 80.00 | 1,305.60 | 27,455.83 |
| Overtime | 24.4800 | 50.00 | 1,224.00 | 17,459.86 |
| O T S/D | 0.3750 | 36.00 | 13.50 | 230.09 |
| Shift Diff | 0.2500 | 64.00 | 16.00 | 387.86 |
| Diff 1.50 | | | | 34.40 |
| Holiday | | | | 256.00 |
| Pto | | | | 6,739.20 |
| Worked Hol Ot | | | | 1,545.40 |
| **Gross Pay** | | | **$2,559.10** | 54,108.44 |

Your federal taxable wages this period are $2,507.92

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Legal Holiday | 128.00 | |
| Pto Current | 46.53 | |
| Pto Legacy | 59.73 | |
| Totl Hrs Worked | 130.00 | |

Employee ID    10019478

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -215.72 | | 4,160.13 |
| Social Security Tax | -158.66 | | 3,354.72 |
| Medicare Tax | -37.10 | | 784.57 |
| PA State Income Tax | -78.56 | | 1,681.16 |
| Aston Twp Income Tax | -25.59 | | 541.08 |
| PA SUI Tax | -1.80 | | 37.88 |
| **Other** | | | |
| Lincoln 403 | -51.18* | | 1,082.17 |
| Pssu Pol Cntrb | -1.00 | | 26.00 |
| Union - Crs | -35.57 | | 752.10 |
| **Net Pay** | | **$1,953.92** | |
| Cking Direct De | -1,953.92 | | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

Elwyn Est. 1852

ELWYN OF PENNSYLVANIA AND DELAWARE
111 ELWYN ROAD
ELWYN PA. 19063
610-891-2104

Advice number:  00000510708
Pay date:       12/22/2023

Deposited to the account of    account number    transit ABA    amount
JAMES M KEMOKAI                xxxxxxxxx8125     xxxx xxxx     $1,953.92

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| ELW | 120266 | 221146 | | 0000010690 | 1 |

# Earnings Statement





ELWYN OF PENNSYLVANIA AND DELAWARE
111 ELWYN ROAD
ELWYN PA. 19063
610-891-2104

Period Beginning: 12/18/2023
Period Ending: 12/31/2023
Pay Date: 01/05/2024

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0

JAMES M KEMOKAI
268 HAMPDEN ROAD
UPPER DARBY PA 19082

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.3200 | 79.00 | 1,289.28 | 1,289.28 |
| Overtime | 24.4800 | 12.07 | 295.47 | 295.47 |
| O T S/D | 0.3750 | 27.57 | 10.34 | 10.34 |
| Shift Diff | 0.2500 | 73.37 | 18.34 | 18.34 |
| Worked Hol Ot | 24.4800 | 20.50 | 501.84 | 501.84 |
| Gross Pay | | | $2,115.27 | 2,115.27 |

Your federal taxable wages this period are $2,072.96

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Legal Holiday | 128.00 | |
| Pto Current | 53.60 | |
| Pto Legacy | 59.73 | |
| Totl Hrs Worked | 111.57 | |
| Employee ID | | 10019478 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -155.69 | 155.69 |
| | Social Security Tax | -131.15 | 131.15 |
| | Medicare Tax | -30.67 | 30.67 |
| | PA State Income Tax | -64.94 | 64.94 |
| | Aston Twp Income Tax | -21.15 | 21.15 |
| | PA SUI Tax | -1.48 | 1.48 |
| Other | | | |
| | Lincoln 403 | -42.31* | 42.31 |
| | Pssu Pol Cntrb | -1.00 | 1.00 |
| | Union - Crs | -29.40 | 29.40 |
| Net Pay | | $1,637.48 | |
| Cking Direct De | | -1,637.48 | |
| Net Check | | $0.00 | |

* Excluded from federal taxable wages

ELWYN OF PENNSYLVANIA AND DELAWARE
111 ELWYN ROAD
ELWYN PA. 19063
610-891-2104

Advice number: 00000010690
Pay date: 01/05/2024

Deposited to the account of
JAMES M KEMOKAI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx8125 | xxxx xxxx | $1,637.48 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| BLW | 120265 | 221146 | | 0000030697 | 1 |



## Earnings Statement



ELWYN OF PENNSYLVANIA AND DELAWARE
111 ELWYN ROAD
ELWYN PA. 19063
610-891-2104

Period Beginning: 01/01/2024
Period Ending: 01/14/2024
Pay Date: 01/19/2024

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0

JAMES M KEMOKAI
268 HAMPDEN ROAD
UPPER DARBY PA 19082

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.3200 | 80.00 | 1,305.60 | 2,594.88 |
| Overtime | 24.4800 | 26.63 | 651.90 | 947.37 |
| O T S/D | 0.3750 | 29.55 | 11.08 | 21.42 |
| Shift Diff | 0.2500 | 70.00 | 17.50 | 35.84 |
| Worked Hol Ot | 24.4800 | 15.00 | 367.20 | 869.04 |
| **Gross Pay** | | | **$2,353.28** | 4,468.55 |

Your federal taxable wages this period are $2,306.21

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Legal Holiday | 128.00 | |
| Pto Current | 60.67 | |
| Pto Legacy | 59.73 | |
| Totl Hrs Worked | 121.63 | |
| Employee ID | | 10019478 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -183.66 | 339.37 |
| Social Security Tax | | -145.90 | 277.05 |
| Medicare Tax | | -34.12 | 64.79 |
| PA State Income Tax | | -72.25 | 137.19 |
| Aston Twp Income Tax | | -23.53 | 44.68 |
| PA SUI Tax | | -1.65 | 3.13 |
| **Other** | | | |
| Lincoln 403 | | -47.07* | 89.38 |
| Pssu Pol Cntrb | | -1.00 | 2.00 |
| Union - Crs | | -32.71 | 62.11 |
| **Net Pay** | | **$1,811.37** | |
| Cking Direct De | | -1,811.37 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

---



ELWYN OF PENNSYLVANIA AND DELAWARE
111 ELWYN ROAD
ELWYN PA. 19063
610-891-2104

Advice number: 00000030697
Pay date: 01/19/2024

Deposited to the account of
JAMES M KEMOKAI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx6125 | xxxx xxxx | $1,811.37 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**



## Earnings Statement 

```
CO    FILE    DEPT.   CLOCK   VCHR. NO.
ELW   120285  221148          0000050685    1
```



ELWYN OF PENNSYLVANIA   AND DELAWARE
111 ELWYN ROAD
ELWYN PA. 19063
610-891-2104

Period Beginning: 01/15/2024
Period Ending:   01/28/2024
Pay Date:        02/02/2024

Taxable Marital Status:  Married
Exemptions/Allowances:
   Federal:   0

JAMES M KEMOKAI
268 HAMPDEN ROAD
UPPER DARBY PA 19082

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.3200 | 80.00 | 1,305.60 | 3,900.48 |
| Overtime | 24.4800 | 41.18 | 1,008.09 | 1,955.46 |
| O T S/D | 0.3750 | 31.18 | 11.69 | 33.11 |
| Shift Diff | 0.2500 | 68.70 | 17.18 | 53.02 |
| Worked Hol Ot | | | | 869.04 |
| **Gross Pay** | | | **$2,342.56** | 6,811.11 |

Your federal taxable wages this period are $2,295.71

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Legal Holiday | 128.00 | |
| Pto Current | 67.73 | |
| Pto Legacy | 59.73 | |
| Totl Hrs Worked | 121.18 | |

Employee ID    10019478

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -182.42 | 521.79 |
| Social Security Tax | -145.24 | 422.29 |
| Medicare Tax | -33.97 | 98.76 |
| PA State Income Tax | -71.92 | 209.11 |
| Aston Twp Income Tax | -23.43 | 68.11 |
| PA SUI Tax | -1.64 | 4.77 |
| **Other** | | |
| Lincoln 403 | -46.85* | 136.23 |
| Psau Pol Cntrb | -1.00 | 3.00 |
| Union - Crs | -32.56 | 94.67 |
| **Net Pay** | **$1,803.53** | |
| Cking Direct De | -1,803.53 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

---

ELWYN OF PENNSYLVANIA AND DELAWARE
111 ELWYN ROAD
ELWYN PA. 19063
610-891-2104

Advice number: 00000050685
Pay date: 02/02/2024

Deposited to the account of    account number    transit ABA    amount
JAMES M KEMOKAI                xxxxxxxxx6125     xxxx xxxx      $1,803.53

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**