United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

    James Momoh Kemokai,

        Debtor.

Case No. 24-10277-amc

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Second Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

U.S. Department of Housing and Urban Development
801 Market Street
Philadelphia, PA 19107

Hyundai Capital America DBA Hyundai Motor Finance
P.O. Box 20809
Fountain Valley, CA 92728

MidFirst Bank
999 N.W. Grand Blvd., Suite 100
Oklahoma City, OK 73118

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Date: September 26, 2024

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com