United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                 Case No. 24-10277-amc

James Momoh Kemokai                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                        Page 1 of 4

Date Rcvd: Oct 02, 2024              Form ID: 155                  Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James Momoh Kemokai, 268 Hampden Rd, Upper Darby, PA 19082-4007 |
| 14856492 | + | Achieve Personal Loans, P.O.Box 2340, Phoenix, AZ 85002-2340 |
| 14853275 | + | First Century Bank N, 100 N. Main St, Mullica Hill, NJ 08062-9492 |
| 14853296 | + | Upper Darby School District, 8201 Lansdowne Avenue, Upper Darby, PA 19082-5496 |
| 14853297 | | Upper Darby Township, 100 Garrett Rd, Upper Darby, PA 19082-3135 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14853264 | | Email/Text: bankruptcy@rentacenter.com | Oct 02 2024 23:40:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14869906 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2024 23:47:46 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14853265 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 02 2024 23:47:49 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14853270 | | Email/Text: cfcbackoffice@contfinco.com | Oct 02 2024 23:39:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 14853266 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 02 2024 23:48:03 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14864473 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 02 2024 23:47:49 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14853268 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 02 2024 23:47:49 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 14872329 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 02 2024 23:48:14 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14853269 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 02 2024 23:58:37 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14853271 | ^ | MEBN | Oct 02 2024 23:36:47 | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 14853272 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 02 2024 23:48:11 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14853273 | + | Email/Text: duffyk@co.delaware.pa.us | Oct 02 2024 23:39:00 | Delaware County Tax Claim Bureau, 201 W Front St, Media, PA 19063-2768 |
| 14853278 | | Email/Text: bk@freedomfinancialnetwork.com | Oct 02 2024 23:39:00 | Freedom Financial Asset Management, LLC., Attn: Bankruptcy Attn: Bankruptcy, 1875 South |

Case 24-10277-amc  Doc 47  Filed 10/04/24  Entered 10/05/24 00:33:00  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 02, 2024 | Form ID: 155 | Total Noticed: 49 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Grant Street, Suite 400, San Mateo, CA 94402 |
| 14853274 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 02 2024 23:39:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14853277 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 02 2024 23:39:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14857278 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 02 2024 23:39:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 14853279 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 02 2024 23:39:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 14853280 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 02 2024 23:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14853267 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 02 2024 23:47:46 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14856218 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 02 2024 23:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14859170 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2024 23:47:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14853281 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 02 2024 23:39:00 | Mariner Finance, LLC, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14870284 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 02 2024 23:39:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14853282 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 02 2024 23:47:46 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14860905 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 02 2024 23:58:25 | MidFirst Bank, 999 N.W. Grand Blvd., Suite 100, Oklahoma City, OK 73118-6051 |
| 14853283 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 02 2024 23:47:44 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14853284 | | Email/Text: bnc@nordstrom.com | Oct 02 2024 23:39:07 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14853285 | | Email/Text: bankruptcy@oliphantfinancial.com | Oct 02 2024 23:39:00 | Oliphant Usa, Attn: Bankruptcy Attn: Bankruptcy, 1800 2nd St, Ste 603, Sarasota, FL 34236 |
| 14853286 | + | Email/PDF: cbp@omf.com | Oct 02 2024 23:48:14 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14853287 | | Email/Text: fesbank@attorneygeneral.gov | Oct 02 2024 23:39:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14871997 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 02 2024 23:47:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14853290 | | Email/Text: banko@preferredcredit.com | Oct 02 2024 23:39:00 | Preferred Credit Inc, 628 Roosevelt, St Cloud, MN 56301 |
| 14853288 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 02 2024 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14853289 | ^ | MEBN | Oct 02 2024 23:36:49 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14853291 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 02 2024 23:48:13 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14853292 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 02 2024 23:39:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |

Case 24-10277-amc   Doc 47   Filed 10/04/24   Entered 10/05/24 00:33:00   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 02, 2024 | Form ID: 155 | Total Noticed: 49 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14853293 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 02 2024 23:39:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14853294 | ^ | MEBN | Oct 02 2024 23:36:32 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14853295 | | Email/Text: bknotice@upgrade.com | Oct 02 2024 23:39:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 14851551 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 02 2024 23:47:58 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14878526 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 02 2024 23:39:00 | US Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1904 |
| 14853298 | | Email/Text: dispute@velocityrecoveries.com | Oct 02 2024 23:39:00 | Velocity Investments, Llc, Attn: Bankruptcy Attn: Bankruptcy, 1800 Route 34N , Suite 305, Wall, NJ 07719 |
| 14853299 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 02 2024 23:39:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |
| 14853300 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 02 2024 23:48:13 | Wells Fargo, Attn: Bankruptcy, 420 Montgomery St, San Francisco, CA 94104-1298 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14853276 | *+ | First Century Bank N, 100 N Main St, Mullica Hill, NJ 08062-9492 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor James Momoh Kemokai help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

Form 155 (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
James Momoh Kemokai

Debtor(s).

Case No. 24−10277−amc

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 1, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court