**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| James Momoh Kemokai,<br><br>                       *Debtor*. | Chapter 13<br>Case No. 24-10277-AMC |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 50, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 49) is **APPROVED**.

**Date:**

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge