**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| James Momoh Kemokai,<br><br>*Debtor*. | Chapter 13<br>Case No. 24-10277-AMC |

## APPLICATION TO APPOINT REALTOR

This Application of Debtor for appointment of Long & Foster Real Estate, respectfully represents:

1. Debtor filed for protection under Chapter 13 on January 30, 2024.

2. Debtor owns a property known as 268 Hampden Rd, Upper Darby, PA 19082-4007.

3. Kenneth E, West was appointed as trustee.

4. Debtor has hired Long & Foster Real Estate as Realtor to sell the real property. A copy of the listing agreement is attached as Exhibit "A".

5. The commission and reimbursement is fair and reasonable and agreed to by Debtor.

Wherefore, Debtor prays that this Honorable Court enter an Order appointing Long & Foster Real Estate as Realtor.

Dated: August 19, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

Dated: August 19, 2025

/s/ Kenneth E. West
Kenneth E. West, Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106