# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| James Momoh Kemokai,<br><br>                      *Debtor*. | Chapter 13<br>Case No. 24-10277-AMC |

## **ORDER**

**AND NOW**, this _____ day of _____, 2025 upon consideration of the Application of Debtor to Appoint Long & Foster Real Estate

It is hereby **ORDERED** that Long & Foster Real Estate is appointed to sell Debtor's real property known as 268 Hampden Rd, Upper Darby, PA 19082-4007.

No compensation is to be paid to realtor without a court order.


BY THE COURT

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge

cc:    Michael A. Cibik
       1500 Walnut Street, Floor 9
       Suite 900
       Philadelphia, PA 19102

       Kenneth E. West, Chapter 13 Standing Trustee
       190 N. Independence Mall West
       Suite 701
       Philadelphia, PA 19106