# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

James Momoh Kemokai,

Debtor.

Case No. 24-10277-amc

Chapter 13

## Affidavit of Realtor

Kelli Pellini, on behalf of Long & Foster Real Estate, does hereby state the following in support of the application for approval as Realtor:

1. We are licensed to sell real estate in Pennsylvania.
2. We have a staff consisting of qualified Realtors.
3. We were retained by the Debtor to sell the real property located at 268 Hampden Road, Upper Darby, PA 19082-4007.
4. We will market the property and do our best to obtain a fair market price from a good faith purchaser.
5. We are not insiders.
6. The commission was agreed upon pursuant to a listing contract.
7. The commission is fair and reasonable.

Date: 8/15/25

Kelli Pellini, Realtor
Long and Foster Real Estate