# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| James Momoh Kemokai,<br><br>*Debtor*. | Chapter 13<br>Case No. 24-10277-AMC |

## NOTICE OF APPLICATION FOR
## APPOINTMENT OF REALTOR

TO ALL CREDITORS AND PARTIES IN INTEREST: NOTICE is given that:

1. Debtor filed for protection under Chapter 13 on January 30, 2024.

2. Debtor owns a property known as 268 Hampden Rd, Upper Darby, PA 19082-4007.

3. Kenneth E. West was appointed as Trustee.

4. Debtor has hired Long & Foster Real Estate as Realtor to sell the real property.

5. The trustee joins in the request.

6. All creditors or parties in interest have fifteen (**15**) days to file an answer, objection or other responsive pleading to the application with the Clerk, U.S. Bankruptcy Court, 900 Market Street, Suite 400, Robert Nix Bldg., Philadelphia, PA 19107. In absence of an answer or response objecting to the application an Order may be entered approving the Realtor without further notice or opportunity to be heard.

Dated: August 19, 2025

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com