Long & Foster Real Estate, Inc.  
Seller's Estimated Net Sheet courtesy of: **Kelli Pellini**  
Mobile: 6108056960  
kelli.pellini@longandfoster.com

Case 24-10277-amc    Doc 65-4    Filed 09/08/25    Entered 09/08/25 11:51:44    Desc Exhibit C    Page 1 of 1

# Seller's Estimated Net Sheet

| | | | |
|---|---|---|---|
| Seller: | James Momoh Kemokai & Margaret N Euaster | First Mortgage Payoff: | ($47,000.00) |
| Property: | 268 HAMPDEN RD | Total Payoff: | ($47,000.00) |
| Township / Borough: | Upper Darby Twp | Sale Price: | $240,000.00 |
| County: | Delaware County, PA | **Gross Equity:** | **$193,000.00** |
| Settlement Date: | 10/30/2025 | | |

## CHARGES PAID BY SELLER

| | |
|---|---|
| Transfer Tax (1.250%): | $3,000.00 |
| Brokerage Commission: (4.5% + $0.00): | $10,800.00 |
| Broker Fee: | $475.00 |
| Certifications: | $50.00 |
| **Total Charges to Seller:** | **$14,325.00** |

## CREDITS TO SELLER

| | |
|---|---|
| Municipal Tax: | $185.02 |
| County Tax: | $51.11 |
| School Tax: | $1,355.65 |
| **Total Credits to Seller:** | **$1,591.78** |

## SETTLEMENT SUMMARY

| | |
|---|---|
| Sale Price: | $240,000.00 |
| Mortgage Payoff: | ($47,000.00) |
| Charges to Seller: | ($14,325.00) |
| Credits to Seller: | $1,591.78 |
| **Net Proceeds to the Seller** | **$180,266.78** |

The above figures are estimated settlement costs only. These will be adjusted as of the date of final settlement, if necessary. I (we) acknowledge receipt of a copy of this information.

Seller: _____    Seller: _____

Date: _____    Date: _____