# United States Bankruptcy Court
# Eastern District of Pennsylvania

James Momoh Kemokai,

*Debtor*.

Chapter 13
Case No. 24-10277-AMC

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on September 8, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Sell Property Free and Clear of Liens, Proposed Order, and all Exhibits

- Notice of Motion to Sell Property Free and Clear of Liens

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: September 8, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**U.S. Dept. of Housing and Urban Development**
801 Market Street
Philadelphia, PA 19107
Method of Service: First Class Mail

**Hyundai Capital America DBA Hyundai Motor Finance**
P.O. Box 20809
Fountain Valley, CA 92728
Method of Service: First Class Mail

**MidFirst Bank**
999 N.W. Grand Blvd., Suite 100
Oklahoma City, OK 73118
Method of Service: First Class Mail

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
Method of Service: First Class Mail