# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| James Momoh Kemokai, *Debtor*. | Chapter 13<br>Case No. 24-10277-AMC |

## ORDER

**AND NOW**, this _____ day of _____, 2025 upon consideration of the Application of Debtor to Appoint Long & Foster Real Estate

It is hereby **ORDERED** that Long & Foster Real Estate is appointed to sell Debtor's real property known as 268 Hampden Rd, Upper Darby, PA 19082-4007.

No compensation is to be paid to realtor without a court order.

BY THE COURT

**Date: September 9, 2025**

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge

cc:   Michael A. Cibik
1500 Walnut Street, Floor 9
Suite 900
Philadelphia, PA 19102

Kenneth E. West, Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106