**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| James Momoh Kemokai, *Debtor*. | Chapter 13<br>Case No. 24-10277-AMC |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 50, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 61) is **APPROVED**.

**Date:** 9/16/25

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge