**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| In re: | Case No. 24-10277-AMC |
|---|---|
| James Momoh Kemokai, | Chapter 13 |
| Debtor. | |

**Certificate of No Response**

I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the Motion to Sell Property Free and Clear of Liens filed on September 8, 2025, as ECF No. 65.

I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the motion appears thereon. Pursuant to the notice filed with the motion, responses to the motion were to be filed and served on or before September 22, 2025.

Date: September 26, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com