Certificate Number: 16339-PAE-DE-040459012

Bankruptcy Case Number: 24-10277



16339-PAE-DE-040459012

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 30, 2025, at 10:41 o'clock PM EST, Kames Kemokai completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 30, 2025          By:    /s/Kris Krumal

                                   Name:  Kris Krumal

                                   Title: Certified Financial Counselor