**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **JAMES MOMOH KEMOKAI** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| | (State) |
| Case Number | **24-10277-AMC** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   MIDFIRST BANK

**Court claim no.** (if known):
6

**Last 4 digits** of any number you use to identify the debtor's account:   1  4  6  2

**Property Address:**   268 HAMPDEN RD.
Number        Street

UPPER DARBY                                         PA        19082
City                                                         State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $         416.27 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $         416.27 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $         -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $         416.27 |

**Part 4:**    **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:    $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

**Part 5:**    **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:    $ _____ -0-

**Part 6:**    **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

**✗** /s/ Kenneth E. West _____    Date _____ 04/08/2026 _____
Signature

Trustee    Kenneth E. West _____
First Name      Middle Name      Last Name

Address    190 N. Independence Mall West, Suite 701 _____
Number    Street

Philadelphia _____ PA   19106 ___
City        State    ZIP Code

Contact phone   (215) 627-1377 _____    Email   info@ph13trustee.com _____

| Debtor 1 | **JAMES MOMOH KEMOKAI** | Case Number **24-10277-AMC** | Page 1 |
|---|---|---|---|
| | Name | | |

## History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 6 | MIDFIRST BANK | Pre-Petition Arrears | 11/13/2024 | 4010294 | Disbursement To Creditor/Principal | 24.08 |
| 6 | MIDFIRST BANK | Pre-Petition Arrears | 12/11/2024 | 4011136 | Disbursement To Creditor/Principal | 88.78 |
| 6 | MIDFIRST BANK | Pre-Petition Arrears | 01/15/2025 | 4011988 | Disbursement To Creditor/Principal | 133.17 |
| 6 | MIDFIRST BANK | Pre-Petition Arrears | 02/12/2025 | 4012848 | Disbursement To Creditor/Principal | 88.79 |
| 6 | MIDFIRST BANK | Pre-Petition Arrears | 03/12/2025 | 4013701 | Disbursement To Creditor/Principal | 81.45 |
| | | | | | Total for Claim Number 6: | 416.27 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **416.27** |