United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 24-10277-amc |
|---|---|
| James Momoh Kemokai | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 09, 2026 | Form ID: 138OBJ | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Momoh Kemokai, 844 Stirling Street, Coatesville, PA 19320-3521 |
| 14856492 | + | Achieve Personal Loans, P.O.Box 2340, Phoenix, AZ 85002-2340 |
| 14853275 | + | First Century Bank N, 100 N. Main St, Mullica Hill, NJ 08062-9492 |
| 14853287 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14853296 | + | Upper Darby School District, 8201 Lansdowne Avenue, Upper Darby, PA 19082-5496 |
| 14966002 | + | Upper Darby Township, c/o James R. Wood, Esq., Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia PA 19406-2726 |
| 14965080 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 14853297 | | Upper Darby Township, 100 Garrett Rd, Upper Darby, PA 19082-3135 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 10 2026 00:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 10 2026 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14853264 | | Email/Text: bankruptcy@rentacenter.com | Apr 10 2026 00:27:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14869906 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2026 00:29:02 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14853265 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 10 2026 00:29:10 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14853270 | | Email/Text: cfcbackoffice@contfinco.com | Apr 10 2026 00:26:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 14853266 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2026 00:29:17 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14864473 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 10 2026 00:29:09 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14853267 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 10 2026 00:28:59 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850-5298 |
| 14853268 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2026 00:29:12 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 14872329 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2026 00:29:23 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Apr 09, 2026 | Form ID: 138OBJ | Total Noticed: 53 |

| | | | |
|---|---|---|---|
| 14853269 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2026 00:29:23 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14853271 | ^ MEBN | Apr 10 2026 00:22:18 | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 14853272 | Email/PDF: creditonebknotifications@resurgent.com | Apr 10 2026 00:29:18 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14853273 | + Email/Text: kenneyk@co.delaware.pa.us | Apr 10 2026 00:27:00 | Delaware County Tax Claim Bureau, 201 W Front St, Media, PA 19063-2768 |
| 14853278 | Email/Text: bk@freedomfinancialnetwork.com | Apr 10 2026 00:26:00 | Freedom Financial Asset Management, LLC., Attn: Bankruptcy Attn: Bankruptcy, 1875 South Grant Street , Suite 400, San Mateo, CA 94402 |
| 14853274 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 10 2026 00:29:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14853277 | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 10 2026 00:26:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14857278 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 10 2026 00:27:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 14853279 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 10 2026 00:27:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 14853280 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 10 2026 00:26:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14856218 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 10 2026 00:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14859170 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2026 00:29:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14853281 | + Email/Text: bankruptcy@marinerfinance.com | Apr 10 2026 00:26:00 | Mariner Finance, LLC, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14870284 | + Email/Text: bankruptcy@marinerfinance.com | Apr 10 2026 00:26:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14853282 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 10 2026 00:29:00 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14860905 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 10 2026 00:29:17 | MidFirst Bank, 999 N.W. Grand Blvd., Suite 100, Oklahoma City, OK 73118-6051 |
| 14853283 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 10 2026 00:29:08 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14853284 | Email/Text: bankruptcy@td.com | Apr 10 2026 00:26:00 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14853285 | Email/Text: bankruptcy@oliphantfinancial.com | Apr 10 2026 00:26:00 | Oliphant Usa, Attn: Bankruptcy Attn: Bankruptcy, 1800 2nd St , Ste 603, Sarasota, FL 34236 |
| 14853286 | + Email/PDF: cbp@omf.com | Apr 10 2026 00:29:00 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14871997 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2026 00:29:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14853290 | Email/Text: banko@preferredcredit.com | Apr 10 2026 00:26:00 | Preferred Credit Inc, 628 Roosevelt, St Cloud, MN 56301 |
| 14853288 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 10 2026 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |

District/off: 0313-2                                  User: admin                                          Page 3 of 4

Date Rcvd: Apr 09, 2026                          Form ID: 138OBJ                               Total Noticed: 53

| 14853289 | ^ MEBN | Apr 10 2026 00:22:22 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14853291 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2026 00:29:08 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14853292 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 10 2026 00:26:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 14853293 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 10 2026 00:26:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14853294 | ^ MEBN | Apr 10 2026 00:22:06 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14853295 | Email/Text: bknotice@upgrade.com | Apr 10 2026 00:26:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 14851551 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 10 2026 00:29:17 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14878526 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 10 2026 00:26:00 | US Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1911 |
| 14853298 | Email/Text: bnc_4301@velocityrecoveries.com | Apr 10 2026 00:26:00 | Velocity Investments, Llc, Attn: Bankruptcy Attn: Bankruptcy, 1800 Route 34N , Suite 305, Wall, NJ 07719 |
| 14853299 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 10 2026 00:26:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |
| 14853300 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Apr 10 2026 00:29:17 | Wells Fargo, Attn: Bankruptcy, 420 Montgomery St, San Francisco, CA 94104-1298 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14853276 | *+ | First Century Bank N, 100 N Main St, Mullica Hill, NJ 08062-9492 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026                          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0313-2 User: admin Page 4 of 4

Date Rcvd: Apr 09, 2026 Form ID: 138OBJ Total Noticed: 53

JAMES RANDOLPH WOOD
on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
on behalf of Debtor James Momoh Kemokai help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 138OBJ* (6/24)–doc 83 – 80

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    James Momoh Kemokai | )<br>)<br>) | Case No. 24–10277–amc |
| Debtor(s). | )<br>)<br>)<br>)<br>) | Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 9, 2026

For The Court

Mohung Wong
Clerk of Court